IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:20CR00050-LPR |
| v. | 18 U.S.C. § 922(g)(1) |
| ROY EDSEL HEIFNER, JR. | |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

INDICTMENT

FEB 0 4 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

THE GRAND JURY CHARGES THAT:

## COUNT 1

A. On or about October 17, 2019, the defendant,

ROY EDSEL HEIFNER, JR.,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Delivery of a Controlled Substance, Pulaski County Circuit Court, case number 81-1411;

2. Delivery of a Controlled Substance, Pulaski County Circuit Court, case number 81-1235; and

3. Carnal Abuse First Degree, Pulaski County Circuit Court, case number 81-167.

B. On or about October 17, 2019, in the Eastern District of Arkansas, the defendant,

1



ROY EDSEL HEIFNER, JR.,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1. Raven Arms MP-25, .25 caliber pistol, serial number 768952; and

2. Bauer Firearms, .25 caliber pistol, serial number 028600.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION 1

Upon conviction of one or more crimes charged in Count 1 of this Indictment, the defendant, ROY EDSEL HEIFNER, JR., shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property:

1. Crescent Firearms Company, Knickerbocker 12 gauge shotgun, serial number 136189,

2. Raven Arms MP-25, .25 caliber pistol, serial number 768952,

3. Bauer Firearms, .25 caliber pistol, serial number 028600,

and all ammunition seized in connection with the search on October 17, 2019.

**[END OF TEXT.   SIGNATURE PAGE ATTACHED.]**